MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:        (415) 436-7301
    Facsimile:          (415) 436-6982
    natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00087 WHA |
| v. | |
| JORDAN C. WOOD, | STIPULATED REQUEST TO CONTINUE STATUS HEARING TO MAY 21, 2013 |
| Defendant. | |
| | Date:    May 7, 2013<br>Time:    2:00 p.m.<br>Court:   Hon. William Alsup |

    The above-captioned matter is set on May 7, 2013 at 2:00 p.m. before this Court for an initial status hearing. Defense counsel, however, has a trial, involving charges of perjury and firearms offenses, set to start on May 6, 2013, and counsel for the United States has a conflicting court appearance on May 7, 2013. Therefore, the parties request that this Court continue the initial status to May 21, 2013 so that counsel for both parties may appear.

    The magistrate court had previously excluded the running of the speedy trial clock for

[PROPOSED] ORDER CONTINUING STATUS HEARING
US v. JORDAN WOOD.; CR 12-00087 WHA                 1

1  effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv), through May 7, 2013.  Therefore,

2  the parties now request that the time between May 7, 2013 and May 21, 2013 be excluded from

3  the running of the speedy trial clock for that same reason – effective preparation of counsel, 18

4  U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account the public interest in

5  prompt disposition of criminal cases, good cause exists for this extension due to defense

6  counsel's need to review the discovery in this case.  The parties also agree that the ends of justice

7  served by granting such a continuance outweigh the best interests of the public and the

8  defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

9  SO STIPULATED:

                                              MELINDA HAAG
                                              United States Attorney

13  DATED: April 16, 2013                    /S/
                                              NATALIE LEE
                                              Assistant United States Attorney

16  DATED: April 16, 2013                    /S/
                                              FRANK BELL
                                              Attorney for Jordan C. Wood

18      For the reasons stated above, this matter is continued until May 21, 2013, for an initial

19  status hearing.  The Court finds that the exclusion of time from May 7, 2013, 2013 through May

20  21, 2013 is warranted and that the ends of justice served by the continuance outweigh the best

21  interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The

22  failure to grant the requested continuance would deny the defendants effective preparation of

23  counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

24  SO ORDERED.

26  DATED: April 16, 2013.
                                              _____
                                              HONORABLE WILLIAM ALSUP
                                              United States District Judge