FRANK BELL, SBN 038955
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, CA  94063
Tel: (650) 365-8300
Fax: (650) 366-8987
Email:  FrankBell@FrankBellLaw.com

Attorney for Defendant
JORDAN C. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-00087 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| vs. | |
| JORDAN C. WOOD, | |
| Defendant | |

Come now the parties and stipulate as follows:

This matter was originally set for Tuesday, June 25, 2013 at 2:00 p.m. for status or plea.  On Thursday, June 20, 2013, the court, on its own motion, reset the hearing for July 2, 2013 at 2:00 p.m.

Counsel for Mr. Wood was available on June 25, 2013 and was planning to attend the court session.  Counsel for defendant is not available on July 2, 2013 at 2:00 p.m. in that he has a

**STIP AND PROPOSED ORDER TO CONTINUE HEARING**                                      1

pretrial conference in Superior Court in a serious felony matter (Jon Fernandez) set in Redwood City, California for that date at 1:30 p.m., which matter is expected to last all afternoon or until at least 3:00 to 3:30 p.m.  In addition I have a preliminary hearing set in another case (Steven Jule) that same afternoon in Redwood City.

Counsel for defendant is not available on July 9 because he has an evidentiary hearing scheduled before Judge White at 10:00 a.m. in a federal habeas corpus case (Darryl Brown) that same morning which is expected to last into the afternoon hours. Further, he is not available because he will be out of town on July 16, 2013 on a previously set trip to celebrate a wedding. He is available on July 23, 2013 at 2:00 p.m.

Moreover, counsel for the defendant has just received new information about the matter, including new discovery, which might alter the plans of both the government and defendant in the matter depending upon further discussion with the defendant and consultation with the government.  The proposed discussions with the defendant and consultation with the government will take additional time not heretofore expected.

**STIP AND PROPOSED ORDER TO CONTINUE HEARING**                               2

Wherefore, the parties request that the matter stand over to July 23, 2013 at 2:00 p.m. for hearing.

Dated:  June 24, 2013
                              */s/ Frank Bell*_____
                              FRANK BELL
                              Attorney for Defendant
                              JORDAN C. WOOD


Dated:  June 24, 2013         */s/ Natalie Lee* _____
                              NATALIE LEE
                              Asst. United States Attorney

                          ~~[PROPOSED]~~ ORDER

   IT IS HEREBY ORDERED that the status conference in this case be continued to July 23, 2013 at 2:00 a.m.


Dated: July 1, 2013.          _____
                              HON. WILLIAM H. ALSUP
                              U. S. District Judge

**STIP AND PROPOSED ORDER TO CONTINUE HEARING**                                3