IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN C. WOOD,<br><br>Defendant.<br>                                                           / | No. CR 13-00087 WHA<br><br>**ORDER RE STIPULATED REQUEST TO CONTINUE SENTENCING TO OCTOBER 29, 2013** |

      The parties request to continue defendant's October 1 sentencing to October 29, because defense counsel has a trial that conflicts with the October 1 date and because counsel for the government likewise has a conflict with that date (Dkt. No. 15). The Court requests that defense counsel provide the name of the case that he will be trying on October 1, as well as the name of the judge and the court for that case. Counsel for the government is also requested to provide details specifying what its conflict is with October 1. The parties will provide this information by **NOON ON SEPTEMBER 23.**

      As October 1 approaches, the Court will consider the parties' request to continue defendant's sentencing if defense counsel's other case remains and is still proceeding to trial.

      **IT IS SO ORDERED.**

Dated: September 13, 2013.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE