IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JORDAN C. WOOD,<br><br>    Defendant.<br>                                      / | No. CR 13-00087 WHA<br><br>**ORDER DENYING SEALING APPLICATION** |

The September 13 order requested that the parties submit details concerning their conflicts with the October 1 sentencing date (Dkt. No. 16). In response, government counsel has filed a sealing application for its supplement to the stipulated request to continue sentencing to October 29. Government counsel requests sealing because the supplement contains confidential and highly personal information about herself. Because this is a request to seal, Local Rule 79-5(b) applies, requiring that government counsel submit a declaration establishing that the designated information is "sealable," *i.e.* "privileged or protectable as a trade secret or otherwise entitled to protection under the law." There is no such declaration accompanying the government's supplement. Furthermore, the supplement does not appear to contain information that constitutes a trade secret or otherwise privileged material. Accordingly, the government's sealing application is **DENIED.**

    **IT IS SO ORDERED.**

Dated: September 24, 2013.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE